PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBN 42906
Special Assistant United States Attorney
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (206) 615-2662
  E-Mail: Edmund.Darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARGARITA GUTIERREZ DE ORDAZ,<br><br>   Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:23-cv-00296-BAM<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR AN EXTENSION OF TIME |

   Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 14, 2023, up to and including August 14, 2023.  This is the Defendant's first request for an extension.

   Defendant requests this extension in good faith and with good reason.  Defendant's undersigned counsel currently has another district court brief due the following business day.  He has two additional district court briefs due the following week, as well as a motion to dismiss. He is actively working on a Ninth Circuit answering brief due July 26, 2023, which will need to undergo internal reviews.  He also has work duties specific to answering new complaints, with 18 such assignments he has completed for the prior two weeks, which have resulted in seven

voluntary remands.  He therefore seeks an extension to allow more time to review the record in this case and respond appropriately to Plaintiff's Motion for Summary Judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  July 11, 2023          /s/  Jonathan Pena*
                               (*as authorized via e-mail on July 11, 2023)
                               JONATHAN PENA
                               Attorney for Plaintiff

Dated: July 11, 2023           PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Social Security Administration

                        By:    /s/  Edmund Darcher
                               EDMUND DARCHER
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 14, 2023, to respond to Plaintiff's Motion for Summary Judgment. The Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **July 12, 2023**          ___/s/ Barbara A. McAuliffe___
                               UNITED STATES MAGISTRATE JUDGE